### COOKE agt. THORNTON

Robert Cooke Hornbreaker plaint. ag[t] Joseph Thornton Marrin[r] Defend[t] in an action of the case for that the aboves[d] Thornton did in a clandestine manner take and convay away a man Servant belonging to the afores[d] Cooke known by the name of Henry Austin the which s[d] Servant was convayed in the yeare. 1676. which is to the plaintif's damage at least Sixty pounds in mony and all other due damages &c. . . . The Iury . . . found for the plaintife Fifty pounds mony damage and costs of Court allowed. £.2:10:4.

Execucion issued Aug[o] 3[d] 1676.